NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHAWN MICHAEL PIETRZAK,          )
                                 )
          Petitioner,            )
                                 )
v.                               )          Case No. 2D19-1811
                                 )
STATE OF FLORIDA,                )
                                 )
          Respondent.            )
_____  )

Opinion filed August 30, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Polk County; Keith P. Spoto,
Judge.

Howard L. Dimmig, II, Public Defender, and
Katrina Barcellona, Assistant Public
Defender, Bartow, for Petitioner.

Ashley Moody, Attorney General, and
Cynthia Richards, Assistant Attorney
General, Tampa, for Respondent.


PER CURIAM.


          Denied.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.